OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE » PITNEY BOWES

$ 000.27⁵

ZIP 78701
02 1W
0001401603 OCT 01 2015



9/30/2015
WILLIAMS, TIMOTHY ONEIL   Tr. Ct. No. 1417633-A   WR-83,921-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

TIMOTHY ONEIL WILLIAMS
TDC # 1925477